IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ERIC R. WILLIAMS, | : | |
| Plaintiff | : | |
| | : | No. 1:19-cv-720 |
| v. | : | |
| | : | (Judge Rambo) |
| MICHELLE MAGEE, *et al.*, | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 24th day of July 2019, upon consideration of the motion to dismiss filed by Defendant Correct Care Solutions, LLC ("CCS"), and in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. The motion to dismiss (Doc. No. 16) is **GRANTED**;

2. Defendant CCS is **DISMISSED** as a Defendant, and the Clerk of Court is **DIRECTED** to terminate it from the caption of the above-captioned action. Plaintiff may not file an amended complaint against CCS.

s/Sylvia H. Rambo  
SYLVIA H. RAMBO  
United States District Judge