## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC R. WILLIAMS,** | : | |
| **Plaintiff,** | : | |
| | : | **No. 1:19-cv-720** |
| **v.** | : | |
| | : | **(Judge Rambo)** |
| **MICHELLE MCGEE,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 28th day of April 2020, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to amend the docket in the above-captioned case to reflect the proper spelling of Defendant McGee's last name;

2. Defendants McGee and Kowalski's motion for summary judgment (Doc. No. 35) is **GRANTED**;

3. The Clerk of Court is **DIRECTED** to enter judgment in favor of Defendants Michelle McGee and Jason Kowalski and against Plaintiff Eric R. Williams; and

4. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned case.

s/ Sylvia H. Rambo
United States District Judge